[No. 3714.     Decided December 19, 1901.]

NATHAN TOKLAS et al., Plaintiffs, v. GEO. WIRTZ et al., Defendants.

Appeal from Superior Court, Spokane County.—Hon. LEANDER H. PRATHER, Judge. Affirmed.

Lewis & Lewis, for plaintiffs.

Heyburn, Heyburn & Doherty, for defendants.

PER CURIAM.—The plaintiffs brought this action to cancel an escrow agreement for the sale of certain mining properties made between the defendant Wirtz and one Ford, and to compel Wirtz to convey to them an interest in the properties. The trial court granted the relief asked for only in part, and each side appeals from that part of the decree adverse to their respective contentions. The questions presented are questions of fact wholly, upon which there is a direct conflict in the evidence. To review this evidence would subserve no useful purpose. Suffice it to say, therefore, that we have examined with care the entire record, and fail to find that the findings made by the court are not supported by a preponderance of the evidence. The decree must be affirmed, and it is so ordered; neither party to recover costs.

[No. 4044.     Decided December 21, 1901.]

CARSTENS & EARLES et al., Respondents, v. C. L. PARKER et al., Appellants.

Appeal from Superior Court, Snohomish County.—Hon. JOHN C. DENNEY, Judge. Appeal dismissed.

C. L. Parker and Benson & Aust, for appellants.

Kerr & McCord, for respondents.

PER CURIAM.—This is an appeal from an order of the superior court of Snohomish county overruling the appellants' demurrer to respondents' complaint. Motion is made by respondents in this court to dismiss the appeal, upon the ground that the order is not an appealable order. The question raised by this motion was passed upon by this court in the case of Parker v. Superior Court of Snohomish County, 25 Wash. 544 (66 Pac. 154), wherein the appellant in this case sought by writ of prohibition to restrain the lower court from proceeding in that case. The opinion was filed July 16, 1901. On the authority of that case, the motion is sustained, and appeal dismissed.